```
SHARON ALLEE BELL              DR. BRUCE GERMER               MS SKIN & PSORIASIS CE
11039 MINNESOTA ST             1051 GAUSE BLVD                P.O. BOX 7020
BAY SAINT LOUIS, MS 39520      SLIDELL, LA 70458              SLIDELL, LA 70469


THOMAS C. ROLLINS, JR.         HANCOCK MEDICAL CENTER         NO CREDITCK LLC
THE ROLLINS LAW FIRM, PLLC     149 DRINKWATER RD              18001 KELLOGG RD
P.O. BOX 13767                 BAY SAINT LOU, MS 39520        SAUCIER, MS 39574
JACKSON, MS 39236


1ST FRANKLIN                   INTERNAL REVENUE SERVI         OSCHNER
129 HIGHWAY 90 STE C           CENTRALIZED INSOLVENCY         149 DRINKWATER RD
WAVELAND, MS 39576             P.O. BOX 7346                  BAY SAINT LOU, MS 39520
                               PHILADELPHIA, PA 19101-7346


ADVANCE FINANCIAL 24/7         INTERNAL REVENUE SERVI         PICAYUNE FINANCE
100 OCEANSIDE DRIVE            C/O US ATTORNEY                601 HWY 11 N
NASHVILLE, TN 37204            501 EAST COURT ST              STE C
                               STE 4.430                      PICAYUNE, MS 39466
                               JACKSON, MS 39201


CAINE & WEINER                 JEFFERSON HWY HOSPITAL         PLAZA SERVICES, LLC
ATTN: BANKRUPTCY               1514 JEFFERSON HWY             110 HAMMOND DR
5805 SEPULVEDA BLVD            NEW ORLEANS, LA 70121          SUITE 110
SHERMAN OAKS, CA 91411                                        ATLANTA, GA 30328


COMENITY                       KEESLER FCU                    SUNRISE CREDIT
ATTN: BANKRUPTCY               P.O. BOX 7001                  ATTN: BANKRUPTCY
PO BOX 182125                  BILOXI, MS 39530-4000          PO BOX 9004
COLUMBUS, OH 43218                                            MELVILLE, NY 11747


DELTA PATHOLOGY                KEESLER FCU                    TOWER LOAN
PO BOX 981006                  P.O. BOX 7001                  ATTN: BANKRUPTCY
BOSTON, MA 02205               BILOXI, MS 39534               PO BOX 320001
                                                              FLOWOOD, MS 39232


DIAMONDHEAD DENTAL             KEESLER FEDERAL CREDIT         US ATTORNEY GENERAL
5404 INDIAN HILL BLVD          P.O. BOX 7001                  US DEPT OF JUSTICE
DIAMONDHEAD, MS 39525          BILOXI, MS 39534               950 PENNSYLVANIA AVENW
                                                              WASHINGTON, DC 20530-00


DIMITRI DERMATOLOGY            LENDMARK FINANCIAL SER         WILKINSON LAW FIRM
624 HWY 90                     2118 USHER ST.                 51 KEYWOOD CIRCLE
BAY SAINT LOU, MS 39520        COVINGTON, GA 30014            FLOWOOD, MS 39232
```