# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51501    **Case Name:** Sharon Allee Bell

**Set:** 01/08/2026 10:00 am    **Chapter:** 13    **Type:** bk    **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)