# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51501  **Case Name:** Sharon Allee Bell
**Set:** 01/08/2026 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter**  Motion to Dismiss Debtor for failure to file 2023 and 2024 federal income tax returns Filed by Trustee Warren A. Cuntz T1 Jr.  (Dkt. #17)

Response filed by the Debtor (Dkt. #19) - AGREED ORDER TO BE SUBMITTED BY DUNNAWAY; EMAIL RECEIVED FROM DUNNAWAY

---

Minute Entry Re: (related document(s): [17] Motion to Dismiss Debtor filed by Warren A. Cuntz T1) Dunnaway to submit an Agreed Order due by 01/22/2026. Email received from Dunnaway. Hearing removed. (srw)