

**SO ORDERED,**

*Katharine M. Samson*

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: January 20, 2026

---

The Order of the Court is set forth below. The docket reflects the date entered.

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE:  SHARON ALLEE BELL**                              **CHAPTER 13**
                                                           **Case No. 25-51501-KMS**

### AGREED ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS, (DKT. 17)

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Dismiss (Dkt. 17) and Debtor's Response (Dkt. 19), and the Court being advised that the Trustee requests that his motion be deemed withdrawn, based upon the IRS amending its proof of claim to reflect that Debtor's federal income tax returns for 2023 and 2024 have now been filed, orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion to Dismiss (Dkt. 17) is hereby deemed withdrawn.

##END OF ORDER##

Agreed Order Submitted by:                                 Approved:

*Phillip Brent Dunnaway*                                   *T.C. Rollins w/permission PBD*

Phillip Brent Dunnaway, Esq.                               T.C. Rollins, Esq.
Attorney for Chapter 13 Trustee                            Attorney for Debtor
P.O. Box 3749                                              P.O. Box 13767
Gulfport, MS 39505-3749                                    Jackson, MS 39236