United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51501-KMS
Sharon Allee Bell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Jan 21, 2026      Form ID: n031      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sharon Allee Bell, 11039 Minnesota St, Bay Saint Louis, MS 39520-7061 |
| 5572844 | + | 1st Franklin, 129 Highway 90 Ste C, Waveland, MS 39576-2618 |
| 5572848 | + | Delta Pathology, PO Box 981006, Boston, MA 02298-1006 |
| 5572849 | + | Diamondhead Dental, 5404 Indian Hill Blvd, Diamondhead, MS 39525-3334 |
| 5572850 | + | Dimitri Dermatology, 624 Hwy 90, Bay Saint Lou, MS 39520-2715 |
| 5572851 | + | Dr. Bruce Germer, 1051 Gause Blvd, Slidell, LA 70458-2942 |
| 5572852 | ++ | HANCOCK MEDICAL CENTER, 149 DRINKWATER BLVD, BAY ST LOUIS MS 39520-1658 address filed with court:, Hancock Medical Center, 149 Drinkwater Rd, Bay Saint Lou, MS 39520 |
| 5572855 | + | Jefferson Hwy Hospital, 1514 Jefferson Hwy, New Orleans, LA 70121-2429 |
| 5572860 | + | MS Skin & Psoriasis Ce, P.O. Box 7020, Slidell, LA 70469-7020 |
| 5572861 | + | No Creditck LLC, 18001 Kellogg Rd, Saucier, MS 39574-7050 |
| 5572862 | + | Oschner, 149 Drinkwater Rd, Bay Saint Lou, MS 39520-1658 |
| 5572863 | + | Picayune Finance, 601 Hwy 11 N, Ste C, Picayune, MS 39466-3315 |
| 5572868 | | Wilkinson Law Firm, 51 Keywood Circle, Flowood, MS 39232 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Jan 21 2026 19:36:00 | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5578694 | + | Email/Text: bankruptcy@1ffc.com | Jan 21 2026 19:36:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5572845 | + | Email/Text: bankruptcy@af247.com | Jan 21 2026 19:36:00 | Advance Financial 24/7, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5572846 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 21 2026 19:35:25 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5572847 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 21 2026 19:36:00 | Comenity, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5572853 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 21 2026 19:36:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5600036 | + | Email/Text: bankruptcy@towerloan.com | Jan 21 2026 19:36:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5601530 | + | Email/Text: gbechakas@outlook.com | Jan 21 2026 19:36:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5572854 | + | Email/Text: ebone.woods@usdoj.gov | Jan 21 2026 19:36:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5572857 | + | Email/Text: melissa.martin@kfcu.org | Jan 21 2026 19:36:00 | Keesler FCU, P.O. Box 7001, Biloxi, MS |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 21, 2026 | Form ID: n031 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 39534-7001 |
| 5572858 | + | Email/Text: melissa.martin@kfcu.org | Jan 21 2026 19:36:00 | Keesler Federal Credit, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5572856 | + | Email/Text: melissa.martin@kfcu.org | Jan 21 2026 19:36:00 | Keesler Federal Credit Union, P.O. Box 7001, Biloxi, MS 39534-7001 |
| 5572859 | | Email/Text: bk@lendmarkfinancial.com | Jan 21 2026 19:35:00 | Lendmark Financial Services, LLC, 2118 Usher Street, Covington, GA 30014 |
| 5611954 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 19:45:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5585042 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 21 2026 19:45:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5602847 | + | Email/Text: bankruptcy@ochsner.org | Jan 21 2026 19:36:00 | Ochsner Health System, c/o Olivia K. Greenberg, Esq., Jones Walker LLP, 201 St. Charles Ave., 51st Fl., New Orleans, LA 70170-5100 |
| 5572864 | | Email/Text: info@plazaservicesllc.com | Jan 21 2026 19:35:00 | Plaza Services, LLC, 110 Hammond Dr, Suite 110, Atlanta, GA 30328 |
| 5591789 | + | Email/Text: wrs@byrdwiser.com | Jan 21 2026 19:36:00 | Robert Alan Byrd, For Keesler Federal Credit Union, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5572865 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jan 21 2026 19:35:00 | Sunrise Credit, Attn: Bankruptcy, Po Box 9004, Melville, NY 11747-9004 |
| 5572866 | | Email/Text: bankruptcy@towerloan.com | Jan 21 2026 19:36:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5572867 | ^ | MEBN | Jan 21 2026 19:33:41 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:

**Name**          **Email Address**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jan 21, 2026 | Form ID: n031 | Total Noticed: 34 |

Phillip Brent Dunnaway
    on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com

Robert Alan Byrd
    on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Sharon Allee Bell trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51501−KMS
**Chapter:** 13

**In re:**

Sharon Allee Bell
11039 Minnesota St
Bay Saint Louis, MS 39520

Notice of Entry of Order Confirming Plan

The Court entered an Order on January 21, 2026 (Dkt. # 30 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: January 21, 2026                Danny L. Miller, Clerk of Court