**Fill in this information to identify the case:**

Debtor 1  Sharon A. Bell

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi

Case number  25-51501-KMS

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Keesler Federal Credit Union

Court claim no. (if known): __7__

Last 4 digits of any number you use to identify the debtor's account:   1   2   0   9

**Date of payment change:**
Must be at least 21 days after date of this notice   05/01/2026

**New total payment:**   $ __1,675.13__
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ __1,228.61__     New escrow payment:  $ __1,206.66__

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%     New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

---

Debtor 1    Sharon A. Bell
           _____    Case number (if known) 25-51501-KMS
           First Name      Middle Name        Last Name        _____

---

## Part 4:   Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

x _____    Date  04/07/2026  _____
   Signature

Print:    Steve Richards                                 Title  Mortgage Default Manager  _____
          _____
          First Name       Middle Name    Last Name

Company   Keesler Federal Credit Union
          _____

Address   2602 Pass Road
          _____
          Number           Street

          Biloxi                      MS     39531
          _____
          City                        State  ZIP Code

Contact phone  228-385-5500,ext. 6480               Email  steve.richards@kfcu.o  _____

---



**KeeslerFederal**
Credit Union
PO Box 5337
Biloxi MS 39534-5337

## ANNUAL ESCROW ACCOUNT
## DISCLOSURE STATEMENT



**RETURN SERVICE REQUESTED**

000011
SHARON A BELL
11039 MINNESOTA ST
BAY SAINT LOUIS, MS 39520

| Contact Information |
| --- |
| Website: www.KFCU.org |
| Phone: (833) 385-KFCU (5328) |
| Fax: 1-228-385-5531 |
| Hours: Monday-Friday, 8:30am-5:00pm CT |
| Email: mortgageservicing.email@kfcu.org |

Analysis Date:        03/27/26

Loan Number:

Borrower Name:      SHARON A BELL

Each year Keesler Federal reviews your escrow account to determine your new monthly escrow payment. As you may know, we collect funds and hold them in your escrow account to pay property taxes and insurance premiums on your behalf. Below are answers to the most commonly asked questions we receive about the annual escrow analysis and details related to your account.

### 1. What is the amount of my new monthly payment starting May 01, 2026?

| Payment Items | Current Payment | New Payment | Difference |
| --- | --- | --- | --- |
| Principal and Interest | $468.47 | $468.47 | $0.00 |
| Escrow | 992.43 | 1,061.85 | 69.42 |
| Shortage/Surplus | 236.18 | 144.81 | -91.37 |
| **Total Payment** | **1,697.08** | **1,675.13** | **-21.95** |

- **Note:** If you currently use a third party bill pay service to make automatic payments, please update the amount scheduled to reflect the new payment amount listed above. If you are currently set up on automatic payments with Keesler Federal, this new amount will automatically take effect with your May payment.

### 2. What are the most common reasons that my escrow payment may change from year to year?

**A. Increases or Decreases in Amounts Billed** – The amount we collect each month to be held in your escrow account may change based on increases or decreases to your property taxes, mortgage insurance premiums, or homeowner's insurance premiums. The information below compares the amounts Keesler Federal expected to pay for each item this past year from your escrow account to the actual amounts that were paid or will be due. The difference column reflects the increase or decrease for each escrowed item.

| Escrowed Item | Anticipated Amounts Due | Actual Amounts Paid or Due | Difference |
| --- | --- | --- | --- |
| COUNTY/PARIS | $2,007.01 | $2,165.49 | $158.48 |
| FHA RBP | $77.28 | $73.44 | -$3.84 |
| FLOOD INSURA | $2,415.00 | $2,423.00 | $8.00 |
| HOMEOWNERS I | $7,409.90 | $8,080.22 | $670.32 |
| **Total Annual Escrow Payments** | **$11,909.19** | **$12,742.15** | **$832.96** |
| **Monthly Escrow Payments** | **$992.43** | **$1,061.85** | **$69.42** |

**B. Repayment of Escrow Shortage or Surplus** - According to the projections shown in Table 1 on the reverse side, your escrow account will fall below the minimum required balance of $2,111.45 in March. This means you have a *shortage* of $1,737.76 in your escrow account.

| Projected Low Escrow Balance | | Allowable Low Escrow Balance | | Shortage |
| --- | --- | --- | --- | --- |
| $373.69 | minus | $2,111.45 | equals | ($1,737.76) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ESCROW SHORTAGE COUPON

Loan Number: 0010391209

Name: SHARON A BELL

Shortage Amount: $1,737.76

The total shortage has been spread over the next 12 month(s) and $144.81 will automatically be added to your monthly payment effective May 01, 2026.

If you have questions about this shortage amount, please contact us at (833) 385-KFCU (5328).



**KeeslerFederal**
Credit Union

SHARON A BELL

Loan Number:
NEW PAYMENT EFFECTIVE DATE: May 01, 2026

## ESCROW ACCOUNT PROJECTIONS AND ACTIVITY HISTORY

Table 1 shows a month by month estimate of the activity we anticipate will occur in your escrow account over the next 12 months.  This table shows the projected low balance point that is used to calculate an escrow surplus or shortage.

TABLE 1 - ACCOUNT PROJECTIONS

| Month | Description | Payments Estimate | Disbursements Estimate | Total Balance | Minimum Required | Difference |
|---|---|---|---|---|---|---|
| | Beginning Balance | | | $1,429.37 | | |
| May | FHA RBP | 1,061.85 | 6.12 | 2,485.10 | 2,111.45 | 373.65 |
| June | FHA RBP | 1,061.85 | 6.12 | 3,540.83 | 2,111.45 | 1,429.38 |
| July | FHA RBP | 1,061.85 | 6.12 | 4,596.56 | 2,111.45 | 2,485.11 |
| July | FLOOD INSURA | 0.00 | 2,423.00 | 2,173.56 | 2,111.45 | 62.11 |
| August | FHA RBP | 1,061.85 | 6.12 | 3,229.29 | 2,111.45 | 1,117.84 |
| September | FHA RBP | 1,061.85 | 6.12 | 4,285.02 | 2,111.45 | 2,173.57 |
| October | FHA RBP | 1,061.85 | 6.12 | 5,340.75 | 2,111.45 | 3,229.30 |
| November | FHA RBP | 1,061.85 | 6.12 | 6,396.48 | 2,111.45 | 4,285.03 |
| December | FHA RBP | 1,061.85 | 6.12 | 7,452.21 | 2,111.45 | 5,340.76 |
| December | COUNTY/PARIS | 0.00 | 2,165.49 | 5,286.72 | 2,111.45 | 3,175.27 |
| January | FHA RBP | 1,061.85 | 6.12 | 6,342.45 | 2,111.45 | 4,231.00 |
| February | FHA RBP | 1,061.85 | 6.12 | 7,398.18 | 2,111.45 | 5,286.73 |
| March | FHA RBP | 1,061.85 | 6.12 | 8,453.91 | 2,111.45 | 6,342.46 |
| March | HOMEOWNERS I | 0.00 | 8,080.22 | 373.69 | 2,111.45 | -1,737.76 ** |
| April | FHA RBP | 1,061.85 | 6.12 | 1,429.42 | 2,111.45 | -682.03 |

**Low Balance used to determine escrow surplus or shortage.

Federal law (RESPA) allows lenders to maintain a two month cushion in an escrow account. A lower cushion may be required under state law. The cushion helps minimize the amount your escrow account could be overdrawn if tax or insurance payments increase.

Table 2 itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. Last year's estimates are next to the actual activity. An asterisk (*) indicates a difference between the estimated and actual payments and disbursements. The letter 'E' beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

TABLE 2 - ESCROW ACTIVITY HISTORY

| Month | Description | Payments Estimate | Payments Actual | Projected Disbursements Estimate | Projected Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| History | Beginning Balance | | | | | -$3,831.56 |
| June | FHA RBP | 992.43 | 1,794.06 * | 6.44 | 0.00 * | -2,037.50 |
| June | FHA RBP | 0.00 | 0.00 | 0.00 | 6.44 * | -2,043.94 |
| July | FHA RBP | 992.43 | 217.12 * | 6.44 | 0.00 * | -1,826.82 |
| July | FLOOD INSURA | 0.00 | 0.00 | 2,415.00 | 0.00 * | -1,826.82 |
| July | FHA RBP | 0.00 | 0.00 | 0.00 | 6.44 * | -1,833.26 |
| August | FHA RBP | 992.43 | 0.01 * | 6.44 | 6.44 | -1,839.69 |
| September | FHA RBP | 992.43 | 0.00 * | 6.44 | 0.00 * | -1,839.69 |
| September | FHA RBP | 0.00 | 0.00 | 0.00 | 6.12 * | -1,845.81 |
| October | FHA RBP | 992.43 | 1,277.63 * | 6.44 | 0.00 * | -568.18 |
| October | FHA RBP | 0.00 | 0.00 | 0.00 | 6.12 * | -574.30 |
| November | FHA RBP | 992.43 | 0.00 * | 6.44 | 0.00 * | -574.30 |
| November | FHA RBP | 0.00 | 0.00 | 0.00 | 6.12 * | -580.42 |
| December | FHA RBP | 992.43 | 0.00 * | 6.44 | 0.00 * | -580.42 |
| December | COUNTY/PARIS | 0.00 | 0.00 | 2,007.01 | 2,165.49 * | -2,745.91 |
| December | FHA RBP | 0.00 | 0.00 | 0.00 | 6.12 * | -2,752.03 |
| January | FHA RBP | 992.43 | 0.00 * | 6.44 | 0.00 * | -2,752.03 |
| January | FHA RBP | 0.00 | 0.00 | 0.00 | 6.12 * | -2,758.15 |
| February | FHA RBP | 992.43 | 3,685.83 * | 6.44 | 0.00 * | 927.68 |
| February | FHA RBP | 0.00 | 0.00 | 0.00 | 6.12 * | 921.56 |
| February | HOMEOWNERS I | 0.00 | 0.00 | 0.00 | 8,080.22 * | -7,158.66 |
| March | FHA RBP | 992.43 | 7,371.66 E | 6.44 | 0.00 * | 213.00 |
| March | HOMEOWNERS I | 0.00 | 0.00 | 7,409.90 | 0.00 * | 213.00 |
| March | FHA RBP | 0.00 | 0.00 | 0.00 | 6.12 * | 206.88 |
| April | FHA RBP | 992.43 | 1,228.61 E | 6.44 | 6.12 E | 1,429.37 |

If you have questions about your escrow analysis statement please contact our Escrow Department at (833) 385-KFCU (5328).

If you have an active bankruptcy or have received a bankruptcy discharge, we are sending this for informational, legal, or compliance purposes only.  We are not trying to collect against you personally.  If you have questions about this communication or your obligation to pay, please contact your attorney.

## DISCLOSURES

Federal law requires us to advise you that Keesler Federal (NMLS ID 408911) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

### CREDIT REPORTING
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT BANKRUPTCY NOTICE
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Keesler Federal retains rights under its security instrument, including the right to foreclose its lien.

### NOTICE TO CUSTOMERS
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:

Keesler Federal
Attn: Member Service Department
PO Box 5337
Biloxi MS 39534-5337
(833) 385-KFCU (5328)
mortgageservicing.email@kfcu.org
www.KFCU.org

Should you have any questions or concerns regarding your loan, please contact us at (833) 385-KFCU (5328). Our office is open Monday-Friday, 8:30am-5:00pm CT.

### MINI MIRANDA
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

### HUD STATEMENT
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll-free telephone number at (800) 569-4287.

### EQUAL CREDIT OPPORTUNITY ACT NOTICE
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website:
https://www.militaryonesource.mil/footer?content_id=267442

### PROPERTY INSPECTIONS
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Keesler Federal may inspect your property to determine that it is being maintained and occupied.  As needed or required, Keesler Federal may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary.  Any fees for such an inspection and/or property services may be charged to your account.

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE:

**SHARON ALLEE BELL**                                          **NO. 25-51501 KMS**

## CERTIFICATE

I, ROBERT ALAN BYRD, Attorney for Keesler Federal Credit Union, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above and foregoing Notice of Mortgage Payment Change to the following:

Thomas C. Rollins, Jr., Attorney for Debtor, at **trollins@therollinsfirm.com**

Warren Cuntz, Jr., Trustee, at wcuntzcourt@gport13.com

**WITH A COPY MAILED TO:**

Sharon Allee Bell, Debtor
11039 Minnesota Street
Bay St. Louis, MS 39520

This the 8th day of April, 2026.

/S/ ROBERT ALAN BYRD

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029